UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Colony Insurance Company,

        Plaintiff,                                20 Civ. 3568 (AEK)

     -against-                                **ORDER**

423-425 Wilmot, LLC,

        Defendant.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 23. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made before September 20, 2021. Any application to reopen that is filed after September 20, 2021 may be denied solely on that basis. The pending motion to compel appraisal is hereby terminated as moot, and the conference scheduled for Friday, June 18, 2021 is hereby adjourned *sine die*.

The Clerk of the Court is directed to terminate the motion at ECF No. 22.

Dated: June 8, 2021
       White Plains, New York

                                                        _____
                                                        ANDREW E. KRAUSE
                                                        United States Magistrate Judge